| Fill in this information to identify the case: | |
|---|---|
| Debtor name | LBH National Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arnold Goldstein Living Trust/ Wolf Family Trust 1060 Aviation Blvd. Upper Unit Hermosa Beach, CA 90266 | | | | | | $3,750,000.00 |
| ERA Franchise Systems, LLC 1 Campus Drive Parsippany, NJ 07054 | | Promissory Note | | $1,500,000.00 | $0.00 | $1,500,000.00 |
| Community Bank of Oak Park River Forest 1001 Lake Street Oak Park, IL 60301 | | Promissory Note | | $350,000.00 | $0.00 | $350,000.00 |
| Plaza Bank P.O. Box 39940 ATTN: Loan Servicing Dept. Los Angeles, CA 90039-0940 | | | | | | $71,406.26 |
| Plaza Bank P.O. Box 39940 ATTN: Loan Servicing Department Los Angeles, CA 90039-0940 | | Furniture Lease | | $71,406.26 | $0.00 | $71,406.26 |
| Stevens Baker, LLC c/o Rob Saehmann 1120 Loma Drive Hermosa Beach, CA 90254 | | | | | | $68,123.71 |

Debtor **LBH National Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Plaza Bancorp  18200 Von Karman Avenue  Suite 500  ATTN: Susan Bailey  Irvine, CA 92612 | | | | | | $44,052.46 |
| RR Donnelley  7810 Solution Center  Chicago, IL 60677-7008 | | | | | | $15,008.26 |
| PaeTec Communications, Inc.  P.O. Box 9001013  Louisville, KY 40290-1013 | | | | | | $14,117.77 |
| Arnold D. Goldstein  1060 Aviation Blvd.  Upper Unit  Hermosa Beach, CA 90266 | | | | | | $12,218.51 |
| Office Source, Inc.  719 Rudder Road  Fenton, MO 63026 | | | | | | $9,227.46 |
| Arnold D. Goldstein-Lawrence M. Wolf  1060 Aviation Blvd.  Upper Unit  Hermosa Beach, CA 90266 | | | | | | $7,001.77 |
| Pacific Sign Company  1413 Brooks Street  Unit 2  Ontario, CA 91762 | | | | | | $6,442.25 |
| Arnold D. Goldstein Rental Properties II  1060 Aviation Blvd.  Upper Unit  Hermosa Beach, CA 90266 | | | | | | $6,328.05 |
| Internap Network Services  Department 0526  P.O. Box 120526  Dallas, TX 75312-0526 | | | | | | $5,070.75 |
| ACC Business  P.O. Box 105306  Atlanta, GA 30348-5306 | | | | | | $4,611.35 |

Debtor  **LBH National Corporation**                                           Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Broker Risk Management<br>300 Tamal Plaza Drive<br>Suite 175<br>Corte Madera, CA 94925 | | | | | | $4,500.00 |
| CNA Insurance<br>P.O. Box 790094<br>Saint Louis, MO 63179-0094 | | | | | | $3,724.35 |
| Rubin Brown<br>P.O. Box 790379<br>Saint Louis, MO 63179 | | | | | | $3,400.00 |
| Sonshine Print Shop<br>3817 West 226th Street<br>Torrance, CA 90505 | | | | | | $2,889.59 |