# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| LBH NATIONAL CORPORATION ) | Case No. 16-16247-MER |
| EIN: 46-4574404 ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES
## AND RESERVATION OF RIGHTS

PURSUANT TO Fed. R. Bankr. P. 9010, Duncan E. Barber of Shapiro Bieging Barber Otteson LLP, hereby enters his appearance on behalf of Arnold D. Goldstein, individually and as trustee of the Arnold D. Goldstein Living Trust, and Lawrence M. Wolf, individually and as trustee of the Wolf Family Trust ("Creditors"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Duncan E. Barber
Shapiro Bieging Barber Otteson LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado  80237
Telephone:  (720) 488-0220
Facsimile:  (720) 488-7711
E-mail: dbarber@sbbolaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or

recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

DATED this 6th day of July, 2016.

<div style="margin-left:50%">

Respectfully submitted,

SHAPIRO BIEGING BARBER OTTESON LLP

*/s/ Duncan E. Barber*
Duncan E. Barber, #16768
4852 South Ulster St. Parkway, Suite 1650
Denver, CO 80237
Tel: (720) 488-0220
Fax: (720) 488-7711
E-mails: dbarber@sbbolaw.com

</div>

427826

CERTIFICATE OF SERVICE

    The undersigned certifies that on July 6, 2016 a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was served via United States Mail, postage prepaid, addressed to the those persons on the attached mailing matrix.

                                                        /s/ Mary Anne Lenzi

427826

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-16247-MER<br>District of Colorado<br>Denver<br>Wed Jul  6 16:29:15 MDT 2016 | ACC Business<br>400 West Avenue<br>Rochester, NY 14611-2538 | Donald D. Allen<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 |
| Arnold D. Goldstein<br>1060 Aviation Blvd.<br>Upper Unit<br>Hermosa Beach, CA 90254-4024 | Arnold D. Goldstein Rental Properties II<br>1060 Aviation Blvd.<br>Upper Unit<br>Hermosa Beach, CA 90254-4024 | Arnold D. Goldstein-Lawrence M. Wolf<br>1060 Aviation Blvd.<br>Upper Unit<br>Hermosa Beach, CA 90254-4024 |
| Arnold Goldstein Living Trust/<br>Wolf Family Trust<br>1060 Aviation Blvd.<br>Upper Unit<br>Hermosa Beach, CA 90254-4024 | Broker Risk Management<br>300 Tamal Plaza Drive<br>Suite 175<br>Corte Madera, CA 94925-1164 | CNA Insurance<br>P.O. Box 790094<br>Saint Louis, MO 63179-0094 |
| Community Bank of Oak Park River Forest<br>1001 Lake Street<br>Oak Park, IL 60301-1101 | ERA Franchise Systems, LLC<br>175 Park Avenue<br>Madison, NJ 07940-1123 | Daniel M. Eliades<br>LeClairRyan, a Professional Corporation<br>One Riverfront Plaza, 16th Floor<br>Newark, NJ 07102 |
| Internap Network Services<br>Department 0526<br>P.O. Box 120526<br>Dallas, TX 75312-0526 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | LBH National Corporation<br>201 Columbine Street<br>Suite 300<br>Denver, CO 80206-4744 |
| Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Office Source, Inc.<br>719 Rudder Road<br>Fenton, MO 63026-2014 | Pacific Sign Company<br>1413 Brooks Street<br>Unit 2<br>Ontario, CA 91762-3616 |
| PaeTec Communications, Inc.<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | Plaza Bancorp<br>18200 Von Karman Avenue<br>Suite 500<br>ATTN  Susan Bailey<br>Irvine, CA 92612-7145 | Plaza Bank<br>P.O. Box 39940<br>ATTN  Loan Servicing Department<br>Los Angeles, CA 90039-0940 |
| RR Donnelley<br>7810 Solution Center<br>Chicago, IL 60677-7008 | Rubin Brown<br>P.O. Box 790379<br>Saint Louis, MO 63179-0379 | Sonshine Print Shop<br>3817 West 226th Street<br>Torrance, CA 90505-3611 |
| Stevens Baker, LLC<br>c/o Rob Saehmann<br>1120 Loma Drive<br>Hermosa Beach, CA 90254-4246 | John F. Young<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                 25 |